IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRANDYWOOD CIVIC, ASSOCIATION, DOUG DEVOLL, MCDANIEL CIVIC ASSOCIATION, INC., and RICHARD J. MILES, JR. | § § § § § | |
| | § | No. 166, 2020 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| THE HONORABLE JENNIFER | § | |
| COHAN, SECRETARY OF THE | § | C.A. No.: N19M-06-185 |
| DELAWARE DEPARTMENT OF | § | |
| TRANSPORTATION, and THE | § | |
| DELAWARE DEPARTMENT OF | § | |
| TRANSPORTATION, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted:  January 13, 2021
Decided:    January 22, 2021

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

# O R D E R

This 22nd day of January 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its April 14, 2020 Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice